IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC SCALLA,

        Plaintiff,

v.

KWS, INC.,

        Defendant.

CIVIL ACTION
NO. 18-1333

# ORDER

**AND NOW**, this 30th day of November 2018, upon consideration of Plaintiff's Motion to Remand (Doc. No. 7), Defendant's Opposition to Plaintiff's Motion (Doc. No. 8), Plaintiff's Reply to Defendant's Opposition (Doc. No. 9), the arguments of counsel on the record at a hearing held on May 29, 2018, and the supplemental briefs filed by counsel for the parties (Doc. Nos. 16, 25), it is **ORDERED** that Plaintiff's Motion to Remand (Doc. No. 7) is **GRANTED** and the Clerk of Court is directed to remand this case to the Court of Common Pleas of Philadelphia County.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.